

Exhibit 3

Received & Sealed for Record
MARK F. FAIRCHILD REGISTER OF DEEDS
Muskegon County Michigan
04/18/2018 11:09 AM Liber: 4155 Page: 43

MARK F. FAIRCHILD Liber: 4155 Page: 43
REGISTER OF DEEDS PAGE: 1 of 1
Muskegon County Michigan 04/18/2018 11:09 AM
T07 5820807

# Notice of Judgment of Foreclosure

Michigan Department of Treasury
3731 (3-04)

Required by section 78k(8) of The General Property Tax Act, 1893 PA 206, as amended, MCL 211.78k(8).

On 02/23/2018 in Civil Action No. 17-002817-CZ in the Circuit Court for the 14TH Circuit, MUSKEGON County, entered a Judgment of Foreclosure in the Matter of the Petition of the County Treasurer against the property described below vesting absolute title to the real property described below in the County Treasurer of the County of MUSKEGON, as provided by Section 78k of The General Property Tax Act, 1893 PA 206, as amended, MCL 211.78k, if not redeemed by April 02, 2018 . Under the General Property Tax Act, the Judgment of Foreclosure became final and unappealable on April 02, 2018 .

| Parcel No. 61-27-104-200-0001-00 | Property Forfeited to County Treasurer on March 1, 2017. Certificate of Forfeiture recorded at: Liber 4117 , Page 57 5582857 |
|---|---|
| Property Address (if available): 1442 E BROADWAY AVE NORTON SHORES MI 49444 | Owner LIFE TRAINING CAMPUS |

County: MUSKEGON Local Unit Name: CITY OF NORTON SHORES Local Unit Code: 27

Legal Description of the Property:

CITY OF NORTON SHORES SEC 4 T9N R16W BEG AT SW COR NE 1/4 NE 1/4 SEC 4 TH N 583 FT TH E 413 FT TH S 583 FT TH W TO POB

| Date | County Treasurer Signature |
|---|---|
| 4-17-2018 | [signature] |

| State of Michigan<br>County of MUSKEGON<br>Subscribed to and sworn before me on this 17 day of April, 2018.<br>Notary Public: [signature]<br>My Commission Expires: 11-15-2023 | Drafted by and when recorded, return to:<br>County Treasurer for the County of MUSKEGON<br>Address: TONY MOULATSIOTIS<br>173 E APPLE AVE SUITE 104<br>MUSKEGON MI 49442 |
|---|---|

LINDSAY R. THEILE
Notary Public, Muskegon County, MI
My Commission Expires 11/15/2023
Acting in the County of Muskegon

# MUSKEGON COUNTY DELINQUENT TAX NOTICE

Exhibit 4

**TONY MOULATSIOTIS**
173 E APPLE AVE SUITE 104
MUSKEGON MI 49442
Phone: (231) 724-6261

03/27/18

LIFE TRAINING CAMPUS

2194 WINANS ST NW
GRAND RAPIDS, MI 49534

**WE DO NOT ACCEPT POSTMARKS!!**

**IMPORTANT INFORMATION REGARDING FEES!!**

FOR ANY UNPAID 2016 TAXES:

***ON 10/ 1/2017, A $15.00 CERTIFIED MAIL FEE WILL BE ADDED TO THE AMOUNT DUE.
*** ON 3/ 1/2018, UNPAID 2016 TAXES WILL BE SUBJECT TO FORFEITURE. ADDITIONAL FEES OF AT LEAST $235.00 WILL BE ADDED TO THE DELINQUENT TAX. ALSO MONTHLY INTEREST WILL INCREASE FROM 1% TO 1.5%, RETROACTIVE TO 3/ 1/ 2017.

FOR ANY UNPAID 2015 AND PRIOR YEAR TAXES:

*** ON DECEMBER 1, 2017, ADDITIONAL FEES WILL BE ADDED TO UNPAID 2015 TAXES FOR PUBLICATION AND CERTIFIED MAIL COSTS.
***IF YOU HAVE UNPAID 2015 OR PRIOR YEAR TAXES, YOU WILL LOSE YOUR PROPERTY TO FORECLOSURE IF NOT PAID BY 3/31/2018. ANY PERSON HOLDING A LEGAL INTEREST WILL LOSE THAT INTEREST AS A RESULT OF FORECLOSURE PROCEEDINGS. FORECLOSURE IS FINAL.

## PROPERTY INFORMATION

Property Number: 27-104-200-0001-00
Unit Name: CITY OF NORTON SHORES
Property Address:

1442 E BROADWAY AVE
NORTON SHORES

LEGAL DESCRIPTION:
CITY OF NORTON SHORES SEC 4 T9N R16W BEG AT SW COR NE 1/4 NE 1/4 SEC 4 TH N 583 FT TH E 413 FT TH S 583 FT TH W TO POB

## DELINQUENT TAXES DUE

| TAX YEAR | BASE TAX ONLY (FOR INFO ONLY) | TOTAL DUE IF PAID BY 03/31/18 | 04/02/18 | 05/31/18 |
|---|---|---|---|---|
| 2017 | 17,255.03 | 18,117.78 | 18,290.33 | |
| 2016 | 25,471.46 | 31,707.25 | 32,089.32 | |
| 2015 | 15,085.87 | 21,711.50 | 21,937.79 | |
| Total amount now due with interest | | 71,536.53 | 72,317.44 | 0.00 |

WE ARE CURRENTLY ACCEPTING CREDIT CARD PAYMENTS IN PERSON, BY INTERNET, AND BY TELEPHONE. ADDITIONAL FEES WILL APPLY BASED ON A SLIDING FEE SCALE. PLEASE CALL 1-888-604-7888 OR GO TO WWW.GOVPAYNOW.COM AND USE PAYMENT LOCATION CODE 6896

Please detach along perforation. Keep the top portion for your records.

LIFE TRAINING CAMPUS

2194 WINANS ST NW
GRAND RAPIDS, MI 49534

Delinquent Tax for Property Number:
27-104-200-0001-00
Property Address: 1442 E BROADWAY AVE

**If you cannot afford to pay in full, the Treasurer encourages partial payments. Doing so will not prevent foreclosure if taxes are not paid in full by the deadline, but will reduce the total amount of interest paid.**

03/27/18
PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.
**Make check payable to and mail to:**
**Muskegon County Treasurer**
173 E APPLE AVE SUITE 104
MUSKEGON MI 49442

| TOTAL DUE IF PAID BY | |
|---|---|
| 03/31/18 | 71,536.53 |
| 04/02/18 | 72,317.44 |
| 05/31/18 | 0.00 |

Amount Remitted:______________

Exhibit 5

# PROMISSORY NOTE
# NEGOTIABLE INSTRUMENT

$21,711.50 ____________, 2018

FOR VALUE RECEIVED, Payment of Delinquent TAXES, Life Training Campus ("Obligor"), promises to pay to The Muskegon County Treasures Office ("County Treasurer") or its assignee, the sum of Twenty One Thousand Seven Hundred Eleven and Fifty cents ($21,711.50) plus interest on the unpaid principal balance from the date of this Note at the rate of percent (1.5%) per annum; interest and principal shall be payable in Eight (8) equal monthly installments of Five Hundred ($500.00) each, beginning on April 28th, 2018, and payable on the _ (28th) day of each month thereafter, until November 28th, 2018, when all remaining principal and interest outstanding hereunder shall be paid in full.

All payments due hereunder shall be made to The Muskegon County Treasurer at 173 E Apple Ave Suite 104 Muskegon, MI 49442 unless another holder or address is given in writing to the parties liable herefor.

Property Number: 27-14-200-0001-00
Unit Name: CITY OF NORTON SHORES
Property Address: 1442 E BROADWAY AVE NORTON SHORES
LEGAL DESCRIPTION: CITY OF NORTON SHORES SEC 4 T9N R16W AT SW COR NE 1/4 NE 1/4 SEC 4 TH N 583 FT TH E 413 FT TH S 583 FT TH W TO POB

Obligor reserves the right to prepay at any time the entire unpaid principal balance or any part thereof without penalty or premium.

Obligor shall pay to The County Treasurer a late charge of one and one-half percent (1 ½%) per month of and for any monthly installment not received by the County Treasurer within fourteen (14) days after the installment is due.

In case of default in any payment or other obligation under this Note and if such default continues for a period of ten (10) consecutive days after Obligor receives notice in writing from the Lender regarding the default, the County Treasurer shall have the option to declare due and payable at once the entire unpaid principal balance hereof and any accrued interest and will also have the right to increase the interest rate on the entire Note by 5% per year in excess of the interest rate applicable under this Note

The Muskegon County Treasurer reserves all other rights hereunder.

Any notice to Obligor under this Note must be given by mailing such notice to Obligor by certified mail, return receipt requested, addressed to Obligor at 417 Jackson Ave Muskegon, MI 49442 or to such other address as Obligor may designate by notice to County Treasurer. Each notice so given is deemed effective as of 2 days after being placed in the mail.

No renewal or extension of this Note, no delay in the enforcement of this Note, and no delay or omission in exercising any right or remedy affects Obligor's liability under this Note or operates as any waiver by Obligor.

Obligor waives demand, notice, presentment and protest and recourse to suretyship defenses generally for the collection of amounts payable under this Note.

If this Note is Negotiated there is no recourse against the Obligor.

The undersigned agrees to pay all expenses relating to collection by County Treasurer of amounts due under this Note, whether incurred in or out of court, and whether incurred before or after this Note shall become due, including but not limited to reasonable attorneys' fees and costs.

All rights and obligations hereunder are to be governed by the laws of the State of Michigan.

Obligor (and the undersigned representative of Obligator, if any) represents that Obligator has full power, authority and legal right to execute and deliver this Note and that this Note constitutes a valid and binding obligation of Obligor.

The obligations of the undersigned under this Note shall be joint and several.

WITNESS: Obligor(S):

______________________________

______________________________ By: ______________________________

Name (Printed): ______________________

Title: ______________________________

# PERSONAL GUARANTY

The undersigned, jointly and severally (if more than one), hereby personally guaranty(ies) all of the obligations of Obligor under the foregoing Promissory Note, and hereby waive(s) all suretyship and guarantorship rights in connection herewith.

____________________________________

Name (printed):

____________________________________

Name (printed):

**The Konstructors Co LLC**

On this _______ day of _______________________, 20___, __________________ ("Debtor"), for valuable consideration, receipt of which is acknowledged, grants to The Muskegon County Treasurer ("Secured Party") a security interest in the following property of Debtor (the "Collateral") [*insert description of collateral*]

________________________Secured interest in revenue generated by municipal contract_____________________________________

_______________________________________________________________

_______________

_______________________________________________________________

_______________

to secure payment of the following obligations of Debtor to Secured Party (the "Obligations"): [*choose one*]

The following indebtedness: _Is for back taxes on one of the following Froebel School, at 417 Jackson Ave Muskegon, Phillips School at 1442 E Broadway Norton Shores, 2943 Valk St Norton Shores MI 49444.

__________________________________________________

__________________________________________________________

____[*description*]

All obligations and liabilities of Debtor to Secured Party.

1. **Warranties and Covenants of Debtor.** Debtor warrants and covenants that:

(a) No other creditor has a security interest in the Collateral except the following:

_______________________________________________________________

______________.

**SECURED PARTY:**

_______________________

**DEBTOR:**

________________________

Exhibit 6

QUIT CLAIM DEED

ON THE 2nd day of April 2018 Life Training Campus, a Non-profit Association of Michigan whose address 417 Jackson Ave Muskegon Mi 49442, Quitclaims to Johnny Aaron, of 2943 Valk St, 49444, the following-described premises situated in the City of Norton Shores, County of Muskegon, State of Michigan, to wit:

> Beginning at the Southwest comer of the Northeast 1/4 of the Northeast 1/4 of Section 4, Town 9 North, Range 16 West; thence North 583 feet; thence East 413 feet; thence South 583 feet; thence West to point of beginning; Commonly known as 1442 E. Broadway, Norton Shores, w, Pm 61-27-104-200-0001 -OO for the sum of

Five Hundred and 00 Dollars ($500.00).

Ihis deed is exempt from real estate transfer tax pursuant to the provisions of MCL 207.505(5)(h); MCL 207.526(6)(h)(i)).

Dated this, 2nd day of April 2018

By: [signature]
Ervin Joseph LaMie CEO
Life Training Campus

Exhibit I

# VIOLATION NOTICE

This vehicle has been inspected and is deemed to be in violation of the City of Muskegon's Junk Vehicle Ordinances **92-51** through **92-56**.

Specifically:

- ☐ Not Currently Licensed/Registered
- ☒ Not Operable/Useable
- ☐ Partially/Fully Dismantled
- ☒ Other: Abandoned

Officer: Felinski Badge #: 66

Date: 1-18-19 Time: 1102A

Vehicle Year: unk Make: Trailer

Vin#: unk

This vehicle must be removed by

Date: 1-26-18 Time: 1102A

Failure to comply shall result in the **Removal of the Vehicle** and/or the issuance of a Civil Infraction Citation.

Muskegon Police Department
980 Jefferson Street
Muskegon, MI 49440
(231) 724-6750

# VIOLATION NOTICE

This vehicle has been inspected and is deemed to be in violation of the City of Muskegon's Junk Vehicle Ordinances **92-51** through **92-56**.

Specifically:

- ☒ Not Currently Licensed/Registered
- ☒ Not Operable/Useable
- ☐ Partially/Fully Dismantled
- ☐ Other: ____

Officer: Felinski Badge #: 66

Date: 1-18-19 Time: 1040A

Vehicle Year: 97 Make: Ford

Vin#: 1FMEU18W5VLA32821

This vehicle must be removed by

Date: 1-26-19 Time: 1040A

Failure to comply shall result in the **Removal of the Vehicle** and/or the issuance of a Civil Infraction Citation.

Muskegon Police Department
980 Jefferson Street
Muskegon, MI 49440
(231) 724-6750

Exhibit 7

# VIOLATION NOTICE

This vehicle has been inspected and is deemed to be in violation of the City of Muskegon's Junk Vehicle Ordinances **92-51** through **92-56**.

Specifically:

- ☐ Not Currently Licensed/Registered
- ☒ Not Operable/Useable
- ☐ Partially/Fully Dismantled
- ☒ Other: Abandoned

Officer: Felinski Badge #: 66

Date: 1-18-19 Time: 1112A

John Deere loader

Vehicle Year: ____ Make: ______

Vin#: unk

This vehicle must be removed by

Date: 1-26-18 Time: 1112A

Failure to comply shall result in the **Removal of the Vehicle** and/or the issuance of a Civil Infraction Citation.

Muskegon Police Department
980 Jefferson Street
Muskegon, MI 49440
(231) 724-6750

# VIOLATION NOTICE

This vehicle has been inspected and is deemed to be in violation of the City of Muskegon's Junk Vehicle Ordinances **92-51** through **92-56**.

Specifically:

- ☒ Not Currently Licensed/Registered
- ☒ Not Operable/Useable
- ☐ Partially/Fully Dismantled
- ☐ Other: ______

Officer: Felinski Badge #: 66

Date: 1-18-19 Time: 1030 A

Vehicle Year: 95 Make: Ford

Vin#: 1FMEU15H2SLB26842

This vehicle must be removed by

Date: 1-26-18 Time: 1030 A

Failure to comply shall result in the **Removal of the Vehicle** and/or the issuance of a Civil Infraction Citation.

Muskegon Police Department
980 Jefferson Street
Muskegon, MI 49440
(231) 724-6750

Exhibit 8

# UNITED STATES DISTRICT COURT

for the

District of Western Michigan

__________ Division

Counter Plaintiffs, Johnny Dewayne Aaron, Ervin Joseph LaMie, Steve Stewart ) Case No. ______________

) Jury Trial: *(check one)* X Yes No

*Counter Plaintiff(s)*

-v-

Defendants, Donna B. VanderVries, Tony Moulatsiotis, Ted Karnitz, Tim Burgess Counter Defendants, Muskegon County Land Bank Authority, Muskegon County Treasures Office, Jointly and Severally

*COUNTER Defendant(s)*

CIVIL COMPLAINT,
SUIT IN EQUITY,
42 U.S.C.S., 1983.

## AFFIDAVIT of LAW:
## Unrebutted Affidavit deemed admitted and is factual evidence

Now comes Dennis Davis under oath and under penalty of perjury states the following:

1. The affiant states that Norton Shores Fire Department truck was in the parking lot of Phillips School on or about the first week of August 2018.

2. The affiant states that the Norton Shores truck was leaving an occupant of the truck locked the gate with a red padlock.

Further Affiant saith not.

Dennis Davies Date: 01/02/2019

**State of Michigan**
**County of Muskegon**

Subscribed and sworn to (or affirmed) before me on this 2nd day of ~~December~~ January, 2019 by Dennis Davis, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Sherri J Rendulic, Notary Public
State of Michigan, County of Muskegon
My Commission Expires: August 2, 2025
Acting in the County of Muskegon


