UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUSKEGON COUNTY LAND BANK,          )
       Plaintiff,                               )
                                                 )          No. 1:19-cv-50
-v-                                                 )
                                                 )          HONORABLE PAUL L. MALONEY
JOHNNY DEWAYNE AARON, ET AL.,     )
       Defendant.                              )
_____   )

## SUA SPONTE ORDER REMANDING FOR LACK OF JURISDICTION

Defendants Johnny Aaron, Steve Stewart, and Ervin Lamie have filed a Notice of Removal, relating to a second action filed by the Muskegon County Land Bank against them in the 60th Judicial District in Muskegon County.

For the reasons given in the Court's prior order remanding a nearly word-for-word identical case involving the same parties, *see* 18-cv-1450 Dkt. No. 10 (W.D. Mich. January 16, 2019), the Court **REMANDS** this action to the 60th District Court for the County of Muskegon.

**IT IS SO ORDERED.**

Date:  January 25, 2019                      /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge